IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DINGSHENG ZHANG, et al.                                   PLAINTIFFS

V.                          CIVIL ACTION NO. 5:20-cv-142-DCB-MTP

DAVID ALLAN BOWMAN, et al.                                DEFENDANTS

V.

QI ZHANG                                              COUNTER-DEFENDANT

### AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE, having come before the Court upon the parties' joint *ore tenus* Motion for Final Judgment of Dismissal with Prejudice, and the Court having duly considered the same, and being otherwise fully advised in the premises, finds that said Motion should be, and is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims and causes of action by and between the parties, and each of them, are hereby fully and finally dismissed with each party to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 28th day of October, 2020.

_____
U.S. District Court Judge

Agreed:

_____
Counsel for Dingsheng Zhang, et ux.

_____
Counsel for Qi Zhang, et al.

_____
Counsel for the Defendants